# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 600 MAL 2014
:
                Respondent : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
       v. :
:
:
:
DENNIS L. PRENDES, :
:
             Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.